## No. 17,287.

SMITH *v.* WOODALL, COUNTY TREASURER ET AL.

(272 P. [2d] 291)

Decided July 6, 1954.

PER CURIAM.

Judgment affirmed en banc without written opinion.

Messrs. SEAVY & SEAVY, for plaintiff in error.

Messrs. WAGNER & WYERS, for defendants in error.